# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

| | |
|---|---|
| IN RE: TROY ANTHONY CALLAIS, | CASE NO. 4:17-bk-16215-T |
| DEBTOR | CHAPTER 13 |
| FREEDOMROAD FINANCIAL | MOVANT |
| VS. | |
| TROY ANTHONY CALLAIS, DEBTOR; and MARK T. MCCARTY, TRUSTEE | RESPONDENTS |

## ORDER FOR RELIEF FROM AUTOMATIC STAY

Now before the Court is the Motion for Relief from Automatic Stay filed by FreedomRoad Financial (hereinafter referred to as "**Movant**"), and the parties agree that the Motion should be GRANTED, the Court finds and orders as follows:

1. The Debtor filed their Chapter 13 bankruptcy case on November 17, 2017.

2. Movant holds a properly perfected lien against a Triumph Daytona 675R Eslick, VIN: SMTA02YK6EJ648564 (the "**Collateral**"), pursuant to applicable statutory law, and thereafter commence any action necessary to obtain complete possession thereof.

3. The Motion for Relief was filed on January 5, 2018. Debtor has proposed to surrender the Collateral to Movant.

**IT IS ORDERED** that Creditors with valid claims or interests in the Collateral are released to pursue their lawful remedies against the Debtor's interests in the Collateral, provided that the creditors shall account for and remit to the Trustee any surplus over the balance which may be realized upon liquidation of the Collateral so surrendered. If a deficiency exists after the sale of the Collateral, Movant shall be entitled to file a proof of claim for the deficiency balance.

1

**IT IS FURTHER ORDERED** that the provisions of 11 U.S.C. §362 remain in full force and effect as to the Debtor, and the remaining property of the estate not otherwise affected by this or other orders of this Court.

**IT IS FURTHER ORDERED** that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

**IT IS FURTHER ORDERED** that, in addition to foreclosure, this Relief Order permits activity necessary to obtain possession of said Collateral; therefore, all communications sent by Movant in connection with proceeding against the Collateral including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to the Debtor.

**IT IS SO ORDERED.**

Honorable Richard D. Taylor
U.S. Bankruptcy Court Judge

Date: January 24, 2018

Approved:

/s/ J. Brad Moore
J. Brad Moore (2010197)

/s/ Bill Godbold
Bill Godbold

/s/ Mark T. McCarty
Mark T. McCarty

2

cc:     Bill Godbold
       Attorney at Law
       P.O. Box 3098
       Little Rock, AR 72203

       Mark T. McCarty
       Chapter 13 Standing Trustee
       P.O. Box 5006
       North Little Rock, AR 72119-5006

       U.S. Trustee
       200 W. Capitol Avenue, Suite 1200
       Little Rock, AR 72201